# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

───────────────────────────

Case No. 6D2024-1504
Lower Tribunal No. 2023-CF-5576-A-O

───────────────────────────

AMBROCIO ANTONIO JIMENEZ ROJAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

───────────────────────────

Appeal from the Circuit Court for Orange County.
Robert J. Egan, Judge.

January 6, 2026

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Rebecaa Rock McGuigan, Bureau Chief, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED